1 DANIEL J. BRODERICK, #89424
Acting Federal Defender
2 LIVIA R. MORALES, Bar #224504
Staff Attorney
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
RAQUEL MONIQUE FIELDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-mj-0048 DAD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| RAQUEL MONIQUE FIELDING, | Date:  May 3, 2006 |
| | Time:  9:00am |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, RAQUEL MONIQUE FIELDING, by and through her counsel, LIVIA R. MORALES, Staff Attorney, that the court trial set for March 22, 2006, be rescheduled for May 3, 2006, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

This continuance is being requested because defense counsel needs more time to investigate and prepare.

Dated:  March 20, 2006

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK,
                                                Acting Federal Defender


                                                /S/ Livia R. Morales
                                                _____
                                                LIVIA R. MORALES
                                                Staff Attorney
                                                Attorney for Defendant
                                                RAQUEL MONIQUE FIELDING

Dated:  March 20, 2006

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/  Matthew C. Stegman
                                                _____
                                                MATTHEW C. STEGMAN
                                                Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: March 21, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/fielding0048.stipord

2